# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 711 MAL 2015

           Respondent

         v.

NATHANIEL WILLIAMS, JR.,

           Petitioner

| | |
|---|---|
| : | No. 711 MAL 2015 |
| : | |
| : | |
| : | Petition for Allowance of Appeal from |
| : | the Order of the Superior Court |
| : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.